IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN KIBUNGA | : | CIVIL ACTION |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al. | : | NO. 18-2410 |

FILED
AUG 13 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 10th day of August, 2018, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**; and

3. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

_____
C. DARNELL JONES,     J.

8